IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONTEZ REGINALD MORRIS,

          Petitioner,          ORDER

v.          08-cv-583-slc

TOM DALBEC and
A. SWANSON,

          Respondents.

---

DONTEZ REGINALD MORRIS,

          Petitioner,          ORDER

v.          08-cv-589-slc

TOM DALBEC and
A. SWANSON,

          Respondents.

---

      Petitioner Dontez Morris, a prisoner at the Douglas County jail in Superior, Wisconsin, has submitted proposed complaints in the above cases. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until petitioner pays initial partial payments of the $350 filing fees as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Petitioner's initial partial payments cannot be calculated at this time because the trust fund account statement he submitted with his complaints does not cover the full six-month period immediately preceding the filing of his complaints.

Petitioner's complaints were submitted on September 16 and September 20, 2008. His trust fund account statement should cover the six-month period beginning approximately March 14, 2008 and ending approximately September 22, 2008. Once petitioner has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amounts he will have to pay before the court can screen the merits of his complaints under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that petitioner may have until October 29, 2008, in which to submit a trust fund account statement for the period beginning approximately March 14, 2008 and ending approximately September 22, 2008. If, by October 29, 2008, petitioner fails to respond to this order, I will assume that he wishes to withdraw these actions voluntarily and, in that case, the clerk of court is directed to close these files without prejudice to petitioner's filing his cases at a later date.

Entered this 10th day of October, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge