IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONTEZ REGINALD MORRIS,

        Petitioner,                        ORDER

    v.                                                       08-cv-583-slc
TOM DALBEC and
A. SWANSON,

        Respondents.

---

DONTEZ REGINALD MORRIS,

        Petitioner,                        ORDER

    v.                                                       08-cv-589-slc
TOM DALBEC and
A. SWANSON,

        Respondents.

---

      I have calculated the amounts petitioner must pay as initial partial payments of the $350 fees for filing these cases from the trust fund account statement he provided in response to the October 24, 2008 order. Based on my calculation, petitioner will have to make initial partial payments of the filing fees in the amount of $31.82 and the remainder of the fees in monthly installments pursuant to 28 U.S.C. § 1915(b)(2). Once petitioner has made the $31.82 initial partial payments, this court will screen his complaints and dismiss any claims that are legally frivolous, malicious, fail to state a claim upon which relief may be granted or ask for money

damages from a defendant who by law cannot be sued for money damages. 28 U.S.C. §§ 1915 and 1915A.

ORDER

IT IS ORDERED that petitioner is assessed $31.82 as initial partial payments of the $350 fees for filing these cases. He is to submit a check or money order made payable to the clerk of court on or before November 28, 2008. If, by November 28, 2008, petitioner fails to make the initial partial payments or show cause for his failure to do so, he will be held to have withdrawn these actions voluntarily. In that event, the clerk of court is directed to close these files without prejudice to petitioner's filing his cases at a later date.

Entered this 6th day of November, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge