# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

DONTEZ REGINALD MORRIS,

       Petitioner,

  v.

TOM DALBEC and
A. SWANSON,

       Respondents.

### JUDGMENT IN A CIVIL CASE

Case No.: 08-cv-583-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____12/29/08_____
Date